FORM 8

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HON. MARK A. BARNETT, CHIEF JUDGE**

| | |
|---|---|
| WOODCRAFT SUPPLY LLC, | : |
| Plaintiff, | : |
| v. | :   Court No. 22-00253 |
| UNITED STATES OF AMERICA et al | : |
| Defendants. | : |

**STIPULATION OF DISMISSAL**

  **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action.

Respectfully submitted,

/s/ George R. Tuttle, III.
George R. Tuttle, III.
Law Offices of George R. Tuttle,
A Professional Corporation
3950 Civic Center Drive, Suite 3102
San Rafael, CA 94903
Tel. (415) 986-8780
Email: geo@tuttlelaw.com


/s/ Adrienne Braumiller
Adrienne Braumiller
Braumiller Law Group PLLC
5220 Spring Valley Rd., Suite 200
Dallas, Texas 75254
Tel. (214) 348-9306
Email: adrienne@braumillerlaw.com
Attorneys for Woodcraft Supply LLC


Dated: March 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-in-Charge
International Trade Field Office

/s/ Monica P. Triana
MONICA P. TRIANA
Senior Trial Counsel
U.S. Dept. of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 20378
(212) 264-9240
*Attorneys for Defendant*

4907-6871-8203, v. 1

## ORDER OF DISMISSAL

This action, having been voluntarily noticed for dismissal by all parties having appeared in this action, is dismissed.

Dated: _____          Clerk, U. S. Court of International Trade

                                       By: _____
                                              Deputy Clerk

# Schedule A

## List of Associated Entries and Protest Numbers

- **Protest No. 410320100393**
    - AVZ02408960
    - AVZ02410339
    - AVZ02409919
    - AVZ02408879
    - AVZ02410750
    - AVZ02411428
    - AVZ02412426
    - AVZ02412640
    - AVZ02411550
    - AVZ02412897
    - AVZ02414141
    - AVZ02414760
    - AVZ02413689
    - AVZ02415155
    - AVZ02416856
    - AVZ02416211
    - AVZ02417367
    - AVZ02417912
    - AVZ02416849
    - AVZ02417862
    - AVZ02418381
- **Protest No. 410320101645**
    - AVZ02419231
    - AVZ02420049
    - AVZ02420551
    - AVZ02421294
    - AVZ02422029
    - AVZ02422102
    - AVZ02422524
    - AVZ02422672
    - AVZ02423985
    - AVZ02424108

- o AVZ02424249
- o AVZ02424926
- o AVZ02425659
- o AVZ02426129
- o AVZ02427481
- o AVZ02428026
- o AVZ02428521
- o AVZ02429180